**Entered on Docket
September 01, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

CINDY LEE STOCK
Nevada Bar No. 803
LAW OFFICES OF CINDY LEE STOCK, P. C.
608 South 8th Street
Las Vegas, Nevada  89101
(702) 382-1399 Phone
(702) 382-0925 Fax
bk-clstock@lvcoxmail.com

In Association With:
MALCOLM ♦CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612

Attorneys for EMC MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| ) | CASE  NO. S– 10-20687-bam |
| MARCO J. MUNGUIA, ) | |
| ) | Hearing Date: August 30, 2010 |
| ) | Hearing Time: 1:30 p.m. |
| ) | |
| Debtor. ) | Location:    Foley Federal Building |
| ) | Courtroom No. 3 |

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

The Motion for Relief from Automatic Stay of EMC MORTGAGE CORPORATION came on regularly for hearing before this court on August 30, 2010, appearances as noted on the record.  No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and it hereby is, granted.

IT IS FURTHER ORDERED that the stay is hereby terminated as to the real property commonly known as 9521 Washita Court, Las Vegas, NV 89129.

SUBMITTED BY:

LAW OFFICES OF CINDY LEE STOCK, P.C.

/s/ *Cindy Lee Stock*
CINDY LEE STOCK
Nevada Bar No. 803
608 South 8th Street
Las Vegas, Nevada   89101
(702)382-1399
Attorneys for EMC MORTGAGE CORPORATION

## RULE 9021 CERTIFICATION:

In accordance with Local Rule 9021, counsel for Movant certifies:

____   The Court waived the requirement of approval under LR 9021.

____   This is a Chapter 7 or Chapter 13 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____   This is a Chapter 9, 11 or 15 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

  X    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

### # # #